IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

    Plaintiff,

VS.                              NO. 04-2730-Ma/P

CLEVELAND CONSTRUCTION, INC.,

    Defendant.

---

ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*

---

Before the court is the May 17, 2005 motion for admission *pro hac vice* of James D. Ludwig. Mr. Ludwig is a member in good standing of the bars of the states of Kentucky and Ohio and is admitted to practice before the Southern District of Ohio and the Eastern District of Kentucky. Mr. Ludwig has obtained and is familiar with the local rules and professional guidelines of this court. For good cause shown, the motion is granted and James D. Ludwig is admitted to participate in this action as counsel for defendant Cleveland Construction, Inc.

It is so ORDERED this 18th day of May, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 5-19-05

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 19 in case 2:04-CV-02730 was distributed by fax, mail, or direct printing on May 19, 2005 to the parties listed.

---

William A. Cash
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
820 Louisiana
Ste. 200
Little Rock, AR 72201

Henry T.V. Miller
MCDONALD KUHN
119 South Main St.
Ste. 400
Memphis, TN 38103

Faye A. Williams
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
1407 Union Avenue
Ste. 621
Memphis, TN 38104

Lisa Ann Overall
MCDONALD KUHN
119 South Main St.
Ste. 400
Memphis, TN 38103

Katharine W. Kores
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
1407 Union Avenue
Ste. 621
Memphis, TN 38104

James D. Ludwig
LAW OFFICE OF JAMES D. LUDWIG
5390 Corseview Dr
Mason, OH 45040

Honorable Samuel Mays
US DISTRICT COURT