FILED BY _____ D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

05 AUG 19 AM 6: 52

~~THOMAS M. GOULD~~
CLERK, U.S. DISTRICT COURT
W/D OF TN. MEMPHIS

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff,

VS.                          NO. 04-2730-MaP

CLEVELAND CONSTRUCTION, INC.,

    Defendant.

---

## ORDER AMENDING SCHEDULE

Pursuant to defendant's July 12, 2005, motion to amend scheduling order in this matter, the court held a status conference on August 5, 2005.  Attending on behalf of the plaintiff were Faye Williams and William Cash.  Participating on behalf of the defendant were Lisa Overall, and by telephone, James Ludwig and Timothy Downing.  For good cause shown, the motion was granted and the court amends the schedule as follows:

1.    The deadline for expert disclosures is September 19, 2005.

2.    The deadline for completing discovery is October 17, 2005.

3.    The deadline for filing potentially dispositive motions is November 16, 2005.

The jury trial remains as previously set on January 23, 2006.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 8-24-05

(33)

Absent good cause, the amended schedule set by this order will not be modified or extended.

So ORDERED this 18th day of August, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 33 in case 2:04-CV-02730 was distributed by fax, mail, or direct printing on August 24, 2005 to the parties listed.

---

William A. Cash
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
820 Louisiana
Ste. 200
Little Rock, AR 72201

Katharine W. Kores
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
1407 Union Avenue
Ste. 621
Memphis, TN 38104

Faye A. Williams
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
1407 Union Avenue
Ste. 621
Memphis, TN 38104

Lisa Ann Overall
MCDONALD KUHN
119 South Main St.
Ste. 400
Memphis, TN 38103

Henry T.V. Miller
MCDONALD KUHN
119 South Main St.
Ste. 400
Memphis, TN 38103

James D. Ludwig
LAW OFFICE OF JAMES D. LUDWIG
5390 Corseview Dr.
Mason, OH 45040

Honorable Samuel Mays
US DISTRICT COURT