IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY /M/ D.C.

05 SEP -9 PM 2: 19

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) ) | Civ. No. <u>04-2730-Ma/P</u> |
| CLEVELAND CONSTRUCTION, INC., | ) ) ) | |
| Defendant. | ) ) | |

**ORDER GRANTING IN PART PLAINTIFF'S MOTION FOR PROTECTIVE ORDER**

Before the court is plaintiff Equal Employment Opportunity Commission's ("EEOC") Motion for Protective Order, filed August 25, 2005 (dkt #34). In its motion, the EEOC seeks an order precluding defendant Cleveland Construction, Inc. ("Cleveland") from taking the Rule 30(b)(6) deposition of the EEOC's representative, Audrey Bonner, a supervisory investigator for the EEOC. In the alternative, the EEOC seeks to prohibit the taking of testimony on certain matters listed in Cleveland's Rule 30(b)(6) notice of deposition. On August 31, 2005, Cleveland filed its response in opposition to the motion. On September 6, 2005, the court held an expedited hearing on the motion. Counsel for all parties were present and heard. At the conclusion of the hearing, the court GRANTED in part the motion for protective order as follows:

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on ___9-13-05___

42

1.   Regarding matter numbers 1, 2, and 4 listed on Cleveland's amended 30(b)(6) notice, Cleveland may depose Ms. Bonner on the underlying facts of the investigation relating to this case, which includes internal communications within the EEOC that relate to the factual information developed during these investigations.  However, Cleveland may not question Ms. Bonner about internal communications within the EEOC that would reveal the agency's decision making process, including deliberations, opinions, recommendations or advice.  See EEOC v. Airborne Express, No. 98-1471, 1999 WL 124380, at *1 (E.D. Pa. Feb. 23, 1999)(unpublished).  Cleveland also may not question Ms. Bonner on communications between EEOC's attorneys and the agency.  United States v. Miracle Recreation Equip. Co., 118 F.R.D. 100, 107 (S.D. Iowa 1987).

2.   Regarding matter number 3, at the hearing, Cleveland withdrew topic 3 on its amended notice.

3.   Regarding matter number 5, the EEOC agreed at the hearing that this topic is an appropirate area of inquiry for Ms. Bonner's deposition.

4.   Regarding matter number 6, the EEOC is hereby ordered to supplement its prior discovery responses within two weeks to identify unnamed class members and additional named members who have yet to be formally announced.

5. Regarding matter number 7, the EEOC stated at the hearing that it will not use any statistical, economic, and demographic data at trial.

6. Regarding matter number 8, Cleveland may question Ms. Bonner about references to statistical data contained in the EEOC's investigation files produced during discovery. Moreover, if the EEOC considered any of Cleveland's business records during its investigation, including its employment data or figures, Cleveland may question Ms. Bonner about those records.

7. Regarding matter number 9, Cleveland may not depose Ms. Bonner on this matter. This information should be obtained, if at all, through interrogatories and not a Rule 30(b)(6) deposition of the EEOC's designee.

8. Ms. Bonner shall be deposed within two weeks from the date of this order. After the completion of her deposition, Cleveland shall have two weeks to disclose expert reports.

IT IS SO ORDERED.

_____
TU M. PHAM
United States Magistrate Judge

September 9, 2005
Date

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 42 in case 2:04-CV-02730 was distributed by fax, mail, or direct printing on September 13, 2005 to the parties listed.

---

William A. Cash
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
820 Louisiana
Ste. 200
Little Rock, AR 72201

Darin B. Tuggle
,

James D. Ludwig
LAW OFFICE OF JAMES D. LUDWIG
5390 Corseview Dr.
Mason, OH 45040

Lisa Ann Overall
MCDONALD KUHN
119 South Main St.
Ste. 400
Memphis, TN 38103

Katharine W. Kores
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
1407 Union Avenue
Ste. 621
Memphis, TN 38104

Faye A. Williams
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
1407 Union Avenue
Ste. 621
Memphis, TN 38104

Henry T.V. Miller
MCDONALD KUHN
119 South Main St.
Ste. 400
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT