IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.
05 NOV -7 PM 1: 33
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

---

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff,

VS.                                  NO. 04-2730-MaP

CLEVELAND CONSTRUCTION, INC.,

    Defendant.

---

### ORDER AMENDING SCHEDULE

---

Pursuant to the defendant's October 6, 2005, unopposed motion to continue the trial in this matter, the court held a status conference on October 24, 2005.  Attending on behalf of the plaintiff were Darin Tuggle and William Cash.  Participating on behalf of the defendant were Jeff Weintraub and Robin Hutton.  For good cause shown, the court grants the motion and amends the schedule as follows:

1. The deadline for completing discovery is January 31, 2006

2. The deadline for filing potentially dispositive motions is March 3, 2006.

3. The deadline for completing mediation is February 14, 2006.

4. The parties shall submit a joint proposed pretrial order by 5:00 p.m. on June 30, 2006.

5. A pretrial conference will be held on Friday, July 7,

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  11-9-05

(57)

2006, at 10:00 a.m.

6.  The jury trial is **reset** to Monday, July 17, 2006, at 9:30 a.m. and is expected to take 8 days.

Absent good cause, the amended schedule set by this order will not be modified or extended.

So ORDERED this 4th day of November, 2005.

_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 57 in case 2:04-CV-02730 was distributed by fax, mail, or direct printing on November 9, 2005 to the parties listed.

---

Faye A. Williams
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
1407 Union Avenue
Ste. 621
Memphis, TN 38104

Jeff Weintraub
WEINTRAUB STOCK & GRISHAM
1715 Aaron Brenner Dr.
Ste. 512
Memphis, TN 38120

Darin B. Tuggle
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION- Memphis
1407 Union Avenue
Ste. 621
Memphis, TN 38104

Lisa Ann Overall
MCDONALD KUHN
119 South Main St.
Ste. 400
Memphis, TN 38103

Henry T.V. Miller
MCDONALD KUHN
119 South Main St.
Ste. 400
Memphis, TN 38103

James D. Ludwig
LAW OFFICE OF JAMES D. LUDWIG
5396 Courseview Dr.
Mason, OH 45040

Katharine W. Kores
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
1407 Union Avenue
Ste. 621
Memphis, TN 38104

William A. Cash
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
820 Louisiana
Ste. 200
Little Rock, AR 72201

Honorable Samuel Mays
US DISTRICT COURT